PETER A. O'NEIL, Appellant, *v.* ELLEN DOYLE *et al.*, Respondents.

*Practice, civil — Appeal — Judgment — Failure to file statement and brief.—* When defendant fails to file a statement and brief, as required by statute, the judgment will be affirmed.

### Appeal from St. Louis Circuit Court.

*H. A. Clover*, for appellant.

*Thos. T. Gantt*, for respondents.

WAGNER, Judge, delivered the opinion of the court.

The appellant in this case having failed to file any statement and brief, as required by statute, the judgment will be affirmed. The other judges concur.